CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Kevin Allison Crawford Jr.**<br>DOB: 1989; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. **24-03443MJ** |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about July 12, 2024, in the District of Arizona, **Kevin Allison Crawford Jr.**, knowing or in reckless disregard that certain aliens, including Arcadio Brigido-Perez and Diego Tum-Osorio, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about July 12, 2024, in the District of Arizona, **Kevin Allison Crawford Jr.**, knowing that certain illegal aliens, including Arcadio Brigido-Perez and Diego Tum-Osorio, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 12, 2024, in the District of Arizona (Benson), at approximately 8:14 a.m., Border Patrol Agents (BPAs) observed a white Kia Sorento bearing Arizona license plate WTA7RV traveling northbound on State Route (SR) 90 below the posted speed limit. BPAs drove alongside the vehicle where they observed a single male occupant and noticed dirt handprints on the rear of the vehicle and noted the vehicle appeared to be heavily laden in the rear. At approximately 8:18 a.m., BPAs ran a registration check on the vehicle and learned the vehicle was registered to a female subject with an address in Gilbert, Arizona and the vehicle had no international crossings within the past 72 hours. BPAs continued following the vehicle and observed subject in the back seat, who were initially laying down, pick their heads up, look back towards BPAs then lay back down. At approximately 8:19 a.m., BPAs initiated a vehicle stop for an immigration inspection on the vehicle's occupants and the vehicle yielded after about a quarter mile near mile marker 296 on SR 90. BPAs then ordered the driver of the vehicle, later identified as **Kevin Allison CRAWFORD Jr.**, to turn the vehicle off, place the vehicle keys on the roof, and to keep his hands outside the window to which he complied. BPAs then approached the vehicle and observed three male subjects, dressed in camouflage clothing, in the back seat of the vehicle. BPAs conducted an immigration inspection and determined the three passengers, to include Arcadio Brigido-Perez and Diego Tum-Osorio, were citizens of Mexico and Guatemala, illegally present in the United States. Records checks revealed that Arcadio Brigido-Perez and Diego Tum-Osorio do not possess the proper documentation to enter, pass through or remain in the United States legally.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Arcadio Brigido-Perez and Diego Tum-Osorio

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>July 15, 2024 |

1) See Federal rules of Criminal Procedure Rules 3, 4 and 54
Reviewing AUSA: Siegele

24-03443MJ

**Continued from front page.**

Material witness Arcadio Brigido-Perez stated he is a citizen of Mexico, and he was going to pay $2,000 to be smuggled into the United States. Brigido stated he illegally crossed into the United States, and he was guided by cellphone through the desert for a day. Brigido stated he reached an unknown road, and a white four-door vehicle picked him up but he never saw the driver.

Material witness Diego Tum-Osorio stated he is a citizen of Guatemala, and he was going to pay 130 Quetzals to be smuggled into the United States. Tum stated he illegally crossed into the United States, and he was guided by cellphone until he reached an unknown road. Tum stated he waited there until a white four-door vehicle came and picked him up and described the driver as dark skinned with braids.

After waiving his *Miranda* rights, **CRAWFORD** stated he was staying at the Knights Inn in Sierra Vista, Arizona to meet up with a woman he met on a Facebook dating site. **CRAWFORD** stated after meeting up with this woman, he was leaving the Knights Inn and observed three Undocumented Non-Citizens asking him for a ride to Phoenix, Arizona and he agreed to give them a ride. **CRAWFORD** stated there was one UNC that spoke English and that was how he was communicating with them. **CRAWFORD** stated there was no money exchanged for the ride and he was doing it just to help them out as they were hitchhikers. **CRAWFORD** later admitted he was transporting the three subjects for money and stated this was his first time being recruited for human smuggling.